IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD ROBINSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00316 |
| | § | **JURY** |
| TARGET STORES, INC. and | § | |
| TARGET CORPORATION | § | |
| | § | |
| Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **Plaintiff**, **GERALD ROBINSON** and **Defendant TARGET CORPORATION** *(also incorrectly identified as Target Stores, Inc.),* and files this Agreed Stipulation of Dismissal with Prejudice and respectfully state as follows:

I.

Plaintiff and Defendant have reached a compromise settlement of the matters being litigated in this case. Pursuant to that settlement agreement, the parties agree to the dismissal of Plaintiff's claims in this suit. Defendant agrees to the dismissal.

II.

Plaintiff and Defendant have agreed to bear their own attorney fees and costs.

III.

This case is not a class action; a receiver has not been appointed in this action; this case is not governed by any federal statute that requires an order of the court for dismissal of the case.

IV.

Plaintiff and Defendant have not previously dismissed any federal or state court action based on or including the same claims as those presented in this suit.

V.

This dismissal is with prejudice to the refiling of the same claims.

WHEREFORE, the parties, **GERALD ROBINSON** and **TARGET CORPORATION,** request this Honorable Court enter an order dismissing the claims in this suit against Defendant with prejudice, with the parties bearing their own attorney's fees and costs.

Respectfully submitted,

**THE VILLACORTA LAW FIRM, P.C.**

By: /s/ Adrian V. Villacorta, by permission
   Adrian V. Villacorta
   Attorney-in-Charge
   State Bar No. 24003111
   Southern District I.D. No. 31243
   530 Lovett Boulevard
   Houston, Texas 77006
   Telephone: (832) 991-8864
   Facsimile: (832) 201-7469
   Email: avillacorta@avvlaw.com

-AND-

**THE HALL LAW FIRM**

   Benjamin L. Hall, III
   State Bar No. 08743745
   Federal Bar No. 8787
   530 Lovett Boulevard
   Houston, Texas 77006
   Telephone: (713) 942-9600
   Facsimile: (713) 942-9566
   Email: bhall@bhalllawfirm.com

**ATTORNEYS FOR PLAINTIFF,
GERALD ROBINSON**

**GERMER, PLLC**

By: ___/s/ Robin N. Blanchette_____
       Troy A. Williams
       State Bar No. 00788678
       Robin N. Blanchette
       State Bar No. 24045509
       America Tower
       2929 Allen Parkway, Suite 2900
       Houston, Texas 77019
       Telephone: (713) 650-1313
       Facsimile: (713) 739-7420
       Email: rblanchette@germer.com
       Email: twilliams@germer.com

**ATTORNEYS FOR DEFENDANT,
TARGET CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on August 14, 2019 to all counsel of record, as follows:

Benjamin L. Hall, III
THE HALL LAW FIRM
530 Lovett Blvd.
Houston, Texas 77006

Adrian V. Villacorta
THE VILLACORTA LAW FIRM, P.C.
530 Lovett Blvd.
Houston, Texas 77006

           ____/s/ Robin N. Blanchette_____
              Robin N. Blanchette