United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GERALD ROBINSON § § Plaintiff, § § v. § § TARGET STORES, INC. and § TARGET CORPORATION § § Defendants. § | CIVIL ACTION NO. 4:18-cv-00316 **JURY** |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Agreed Stipulation of Dismissal with Prejudice filed herein on behalf of **Plaintiff, GERALD ROBINSON** and **Defendant TARGET CORPORATION** *(also incorrectly identified as Target Stores, Inc.)*,

IT IS ORDERED, ADJUDGED AND DECREED that the claims in the captioned matter be and are hereby DISMISSED with Prejudice, and this lawsuit is dismissed with prejudice, with the parties bearing their own attorney fees and costs.

Signed this __15__ day of __Aug__, 2019.

_____
UNITED STATES DISTRICT JUDGE